**FENNEMORE CRAIG, P.C.**
Christopher H. Byrd, Esq. (#1633)
Aaron D. Lovaas, Esq. (#5701)
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone:  (702) 692-8000
Facsimile:  (702) 692-8099
Email: cbyrd@fennemorelaw.com
          alovaas@fennemorelaw.com
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BEZAK, on behalf of himself and all other similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ANDREA C. FELICIANO, an individual, ILYA EVGRASHIN, an individual, SVRE, LLC d/b/a SIMPLY VEGAS REAL ESTATE a domestic Nevada Limited-Liability Company.,<br><br>Defendants. | **CASE NO.:  2:26-cv-01014-APG-BNW**<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANT'S TO ANSWER COMPLAINT** |

COMES NOW, Charles Bezak ("Plaintiff"), by and through his undersigned counsel of record, Mark J. Bourassa, Esq., and Andrea C. Feliciano, Ilya Evgrashin and SVRE, LLC d/b/a Simply Vegas Real Estate (collectively "Defendants"), by and through their undersigned counsel of record, Christopher H. Byrd, Esq., and hereby stipulate based upon the following:

1.     Plaintiff filed the Complaint on April 1, 2026. [ECF No. 1.]

2.     Defendant Andrea C. Feliciano was served with the Summons and Complaint on May 22, 2026, making its current deadline to answer or otherwise respond June 12, 2026.

3.     Defendant Ilya Evgrashin was served with the Summons and Complaint on May 28, 2026, making its current deadline to answer or otherwise respond June 18, 2026.

4.     Defendant SVRE, LLC d/b/a Simply Vegas Real Estate was served with the Summons and Complaint on May 21, 2026, making its current deadline to answer or otherwise respond June 11, 2026.

**FENNEMORE CRAIG**
ATTORNEYS
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
702.692.8000

099502.0002 65109768.1

5. Plaintiff has agreed to extend Defendants' deadline to answer or otherwise respond to the Complaint by thirty (30) days, up to and including July 18, 2026.

6. Good cause exists for the requested extension. Defendants were served at different times, recently retained undersigned counsel, and require additional time to investigate Plaintiff's allegations, evaluate potential defenses, coordinate a unified response, and prepare an appropriate answer or other responsive pleading. The requested extension will promote efficiency, avoid piecemeal responses, and will not prejudice Plaintiff.

7. This is the first request for an extension of Defendants' deadline to answer or otherwise respond to the Complaint. No prior extension of this deadline has been granted by the Court.

8. This stipulation is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated June 16, 2026.                            Dated June 16, 2026.

**FENNEMORE CRAIG, P.C.**                **THE BOURASSA LAW GROUP**

*/s/Christopher H. Byrd, Esq.*           */s/Mark J. Bourassa, Esq.*
Christopher H. Byrd, Esq. (#1633)        Mark J. Bourassa, Esq. (#7999)
Aaron D. Lovaas, Esq. (#5701)            2350 W. Charleston Blvd.
9275 W. Russell Road, Suite 240          Las Vegas, NV 89102
Las Vegas, NV 89148                      *Attorneys for Plaintiff*
*Attorneys for Defendants*

         **IT IS SO ORDERED.**

                                        UNITED STATES MAGISTRATE JUDGE .


                                        DATED:_____ June 17, 2026_____

FENNEMORE CRAIG
ATTORNEYS
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
702.692.8000

099502.0002 65109768.1                    2